UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Elizabeth Kruger<br><br>Plaintiff,<br><br>v.<br><br>Life Insurance Company of North America,<br><br>Defendant. | Civil Action No. 2:23–cv–44 |

### **ORDER**

On or before May 1, 2023, Plaintiff shall return executed her Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 21st day of April 2023.

*/s/ Kevin J. Doyle*
Kevin J. Doyle
United States Magistrate Judge