UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Elizabeth Kruger,<br><br>    Plaintiff,<br><br>    v.<br><br>Life Insurance Company of North America,<br><br>    Defendant. | Civil Action No. 2:23–cv–44 |

## ORDER

On or before May 25, 2023, Defendant shall return executed its Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 15th day of May 2023.

                                              */s/ Kevin J. Doyle*
                                              Kevin J. Doyle
                                              United States Magistrate Judge